**08 CV 2552**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
PERRIGO COMPANY and            :   CASE NUMBER:
PERRIGO NEW YORK, INC.,        :   08 CIV ___
                               :
                Plaintiffs,    :
                               :
        v.                     :   **7.1 STATEMENT**
                               :
SAMUEL SIRKIN,                 :
                               :
                Defendant.     :
                               :
-------------------------------------------------------- x

*Stamp: MAR 1 4 2008 U.S.D.C. S.D.N.Y. CASHIERS*

   Plaintiffs Perrigo Company and Perrigo New York, Inc., by their attorneys Hogan & Hartson LLP, respectfully submit the following information pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 1.9 of the Local Rules of the United States District Court for the Southern District of New York.

   Plaintiff Perrigo Company is a publicly-owned corporation organized and existing under the laws of State of Michigan. Royce & Associates, LLC, a wholly-owned subsidiary of Legg Mason, Inc., owns more than 10% of Perrigo Company's stock.

**Hogan & Hartson LLP**
875 Third Avenue
New York, New York 10022
(212) 918-3000
*Attorneys for Plaintiff*

\\\NY - 025645/000002 - 1075402 v1

Plaintiff Perrigo New York, Inc. is a publicly-owned corporation organized and existing under the laws of State of Delaware. Perrigo New York, Inc. is a wholly owned subsidiary of Perrigo Company through intermediaries.

New York, New York
Dated: March 13, 2008

          Respectfully submitted,

          HOGAN & HARTSON LLP

          By: _____
               Sandhya P. Kawatra (SK-9578)

          875 Third Avenue
          New York, New York 10022
          Telephone: (212) 918-3000
          Facsimile: (212) 918-3100

          Steven J. Routh
          George H. Mernick, III
          Robert B. Wolinsky
          HOGAN & HARTSON, L.L.P.
          555 Thirteenth Street, N.W.
          Washington, DC 20004-1109
          Telephone: (202) 637-5600
          Facsimile: (202) 637-5910

          *Attorneys for Plaintiff Perrigo Company and Perrigo New York, Inc.*