UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PERRIGO COMPANY and
PERRIGO NEW YORK, INC.,

                Plaintiffs,          **NOTICE OF DISMISSAL**

       v.          08-CIV-2552

SAMUEL SIRKIN,

                Defendant.
------------------------------------------------------------x

     PLEASE TAKE NOTICE, that whereas Defendant Samuel Sirkin has not been served with the Complaint in this action and no answer or motions for summary judgment have been filed, Plaintiffs hereby voluntarily dismiss this action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       May 27, 2008

                                       Respectfully submitted,

                                       HOGAN & HARTSON L.L.P.

                                       By: _____
                                       Sandhya P. Kawatra, Esq.
                                       875 Third Avenue
                                       New York, New York 10022
                                       (212) 918-3000

                                       Steven J. Routh
                                       Robert B. Wolinsky
                                       HOGAN & HARTSON, LLP
                                       555 Thirteenth Street, N.W.
                                       Washington, DC 20004-1109
                                       Telephone: (202) 637-5600
                                       Facsimile: (202) 637-5910

                                       *Attorneys for Plaintiffs Perrigo Company and Perrigo New York, Inc.*