```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
PERRIGO COMPANY and
PERRIGO NEW YORK, INC.,

        Plaintiffs,

    v.

SAMUEL SIRKIN,

        Defendant.
----------------------------------------------------------x

NOTICE OF DISMISSAL

08-CIV-2552

PLEASE TAKE NOTICE, that whereas Defendant Samuel Sirkin has not been served with the Complaint in this action and no answer or motions for summary judgment have been filed, Plaintiffs hereby voluntarily dismiss this action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       May 27, 2008

Respectfully submitted,

HOGAN & HARTSON L.L.P.

By: _____
Sandhya P. Kawatra, Esq.
875 Third Avenue
New York, New York 10022
(212) 918-3000

Steven J. Routh
Robert B. Wolinsky
HOGAN & HARTSON, LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Plaintiffs Perrigo Company and Perrigo New York, Inc.*

SO ORDERED

_____
USDJ
5-27-08